**DISMISS and Opinion Filed July 11, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00370-CV

## JEANETTE L. JOHNSON, Appellant
## V.
## 1910 PACIFIC, L.P., BOXER PROPERTY MANAGEMENT CORPORATION, AND CRYSTAL ANGERER, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-04827

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

Appellant appeals from the trial court's April 20, 2023 order transferring a county court at law case into the underlying district court case pursuant to local court rules. We questioned our jurisdiction over this appeal because, generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (listing appealable interlocutory orders). A final judgment is one that disposes of all parties and claims. *See Lehmann*, 39 S.W.3d at 195. A transfer order pursuant to local rules is neither a

final judgment nor an interlocutory order for which an appeal is authorized by statute. *See Chen v. Lushia*, No. 05-22-00170-CV, 2022 WL 5434189, at *1 (Tex. App.—Dallas Oct. 7, 2022, no pet.).

Although appellant filed a letter brief as directed by the Court, she addressed the merits of the transfer order instead of the jurisdictional issue. Because appellant has failed to demonstrate this Court's jurisdiction, we dismiss the appeal for want of jurisdiction. *See id*; TEX. R. APP. P. 42.3(a).

230370f.p05

/Amanda L. Reichek// _____
AMANDA L. REICHEK
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JEANETTE L. JOHNSON,
Appellant

No. 05-23-00370-CV        V.

1910 PACIFIC, L.P., BOXER
PROPERTY MANAGEMENT
CORPORATION, AND CRYSTAL
ANGERER, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-04827.
Opinion delivered by Justice
Reichek. Justices Partida-Kipness
and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 11th day of July, 2023.